# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**KATHRINE FERRETTI**                                                                       **PLAINTIFF**

**v.**                                                        **No. 4:21-cv-00099-DMB-JMV**

**Louis DeJoy**
*Postmaster General of the United States*                                 **DEFENDANT**

## ORDER LIFTING STAY

      This matter is before the court consistent with an order [11] entered November 2, 2021, staying this case pending a ruling on the motion to dismiss [9]. The Defendant has filed a notice indicating her desire to withdraw [21, 22]. Accordingly, the stay should be lifted, and this action may proceed.

      **IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a case management conference will be set by further notice of the court.

      **SO ORDERED**, this the 22nd day of April, 2022.

                                                                  /s/ Jane M. Virden
                                                                    **UNITED STATES MAGISTRATE JUDGE**